No. 93–5055.   CASTILLO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari dismissed under this Court's Rule 46.

OCTOBER 1, 1993

No. 93–5501.   LIDY *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 5th Cir.   Certiorari dismissed under this Court's Rule 46.